UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALETHIA FRANCIS,
            Plaintiff,

  -against-                           **NOTICE OF FILING**

KEVIN DECHAMPLAIN and RYDER TRUCK
RENTAL, INC.,                           **Civ.**
            Defendants.
-----------------------------------------------------------X

C O U N S E L O R S :

    PLEASE TAKE NOTICE, that upon the removal of this action from the Supreme Court of the State of New York, County of Westchester, to the United States District Court for the Southern District of New York, a Notice of Removal, a copy of which is annexed hereto was duly filed in the Office of the Clerk of the United States District Court for the Southern District of New York on the 12th day of January, 2023.

Dated: Staten Island, New York
        January 12, 2023

                                            Respectfully submitted,

                                            CONNORS & CONNORS, P.C.

                                         By: _/s/ Robert J. Pfuhler_
                                         ROBERT J. PFUHLER (1964)
                                         Attorneys for Defendants
                                         KEVEN DECHAMPLAIN and
                                         RYDER TRUCK RENTAL, INC.,
                                         766 Castleton Avenue
                                         Staten Island, NY 10310
                                         (718) 442-1700
                                         Our File No.: DRT 27761

TO:    Brian J. Levy, Esq.
        BRIAN J. LEVY & ASSOCIATES, P.C.
        Attorneys for Plaintiff
        303 Jackson Avenue
        Syosset, NY 11791
        (516) 496-1777

## CERTIFICATE OF SERVICE

I, ROBERT J. PFUHLER, hereby certify that a copy of the foregoing, NOTICE OF FILING, was mailed by first class mail, postage prepaid, this 12th day of January, 2023 and to all counsel of record as indicated below.

*[signature]*
ROBERT J. PFUHLER (1964)

TO:  Brian J. Levy, Esq.
BRIAN J. LEVY & ASSOCIATES, P.C.
Attorneys for Plaintiff
303 Jackson Avenue
Syosset, NY 11791
(516) 496-1777

Index No.         RJI No.          Hon.

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

ALTHIA FRANCIS,

                     Plaintiff,

   - against -

KEVEN DECHAMPLAIN and RYDER TRUCK
RENTAL, INC.,

                     Defendants.

## NOTICE OF FILING

**CONNORS & CONNORS, P.C.**

*Attorneys for*
*Office and Post Office Address, Telephone*
766 Castleton Avenue
Staten Island, New York 10310
(718) 442-1700 PHONE
(718) 442-1717 FAX

To                                                                 Signature (Rule 130-1.1-a)

_____
ROBERT J. PFUHLER(1964)

Service of a copy of the within                          is hereby admitted,

Dated,
                                                   _____
                                                   Attorney(s) for

==========================================================================

Please take notice

    NOTICE OF ENTRY
that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on
    NOTICE OF SETTLEMENT
that an order of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within named court, at
on                                at

Dated:                                   Yours, etc.,

                                   CONNORS & CONNORS, P.C.
                                   *Attorneys for*
To                                       *Office and Post Office Address*
                                   766 CASTLETON AVENUE
                                   STATEN ISLAND, NY 10310